```
 1  JOEL A. FEUER, SBN 100663
    JFeuer@gibsondunn.com
 2  TIMOTHY W. LOOSE, SBN 241037
    TLoose@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East, Suite 4000
 4  Los Angeles, California 90067
    Telephone: (310) 552-8500
 5  Facsimile: (310) 551-8741
 6
    MARK A. KIRSCH, admitted pro hac vice,
 7  MKirsch@gibsondunn.com
    LADAN F. STEWART, admitted pro hac vice,
 8  LStewart@gibsondunn.com
    DIANA M. FEINSTEIN, admitted pro hac vice,
 9  RLavery@gibsondunn.com
10  GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
11  New York, NY 10166
    Telephone: (212) 351-4000
12  Facsimile: (212) 351-4035
13
    Attorneys for Defendants
14  THE BANK OF NEW YORK MELLON
    CORPORATION; THE BANK OF NEW YORK
15
16  [Additional Counsel on Signature Page]
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES ABBATE, et al., | CASE NO. 10-cv-06561 DOC (RNBx) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, et. al., | |
| Defendants. | |

829134.3/81002.05003      1      10-cv-06561 DOC (RNBx)
*STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL*

Gibson, Dunn & Crutcher LLP

**WHEREAS**, plaintiffs James L Abbate, *et al.* ("*Abbate* plaintiffs"), commenced this action in the Circuit Court of the 17th Judicial Circuit, Broward County, Florida, on November 25, 2009 (the "Action");

**WHEREAS**, the Action was removed to the United States District Court for the Southern District of Florida on December 29, 2009;

**WHEREAS**, the Action was transferred to the United States District Court for the Central District of California on August 31, 2010, and was assigned to United States District Judge John F. Walter;

**WHEREAS**, the Action was subsequently transferred to United States District Judge David O. Carter on September 13, 2010, as a Related Action pursuant to Central District of California Local Rules 83-1.3 and 83-1.4.3;

**WHEREAS**, the Stipulation and [Proposed] Order Regarding Pretrial Protection of Confidential Material (the "Protective Order") attached as Exhibit A has been stipulated to by all parties in the multi-district litigation captioned *In re Medical Capital Securities Litigation* (No. SA10-ML-2145) ("Medical Capital MDL") and approved by the Court on September 2, 2010;

**WHEREAS**, *Abbate* plaintiffs seek to participate in the coordinated discovery being conducted in the Medical Capital MDL for purposes of the Action;

**IT IS HEREBY STIPULATED AND AGREED,** by and between *Abbate* plaintiffs and the undersigned parties, who or which are parties to the Action or other actions that are part of the Medical Capital MDL, through their attorneys as follows:

1. Without prejudice to this reservation of rights, and subject to any subsequent order of the Court, *Abbate* plaintiffs hereby agree to be parties to the Protective Order and are permitted all rights provided thereunder.

2. The *Abbate* Action shall constitute an "Action," as that term is defined in Paragraph 1(a) of the Protective Order, for all purposes relating to the Protective Order.

Gibson, Dunn & Crutcher LLP

829134.3/81002.05003    2    10-cv-06561 DOC (RNBx)
*STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL*

3. As parties to the Protective Order, *Abbate* plaintiffs shall be entitled to receive from each producing party all materials produced, or previously produced, by such party in any action subject to the Protective Order.

4. Nothing contained herein shall waive or act to limit any of *Abbate* plaintiffs' or any other party's rights under the Protective Order, all of which are expressly reserved.

SO ORDERED,

This 29th day of December 2010

*[signature]*

Hon. Robert N. Block
U.S. Magistrate Judge

Gibson, Dunn & Crutcher LLP

829134.3/81002.05003                    3                    10-cv-06561 DOC (RNBx)
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL

| | |
|---|---|
| **Consented and Agreed to by:**<br>DATED: December 23, 2010 | **GIBSON DUNN & CRUTCHER LLP**<br><br>/s/ Joel A. Feuer<br>JOEL A. FEUER<br><br>JOEL A. FEUER<br>TIMOTHY W. LOOSE<br>2029 Century Park East Suite 4000<br>Los Angeles, CA 90067<br>Telephone: 310-551-8808<br>Facsimile: 310-552-7058 (fax)<br>Email: jfeuer@gibsondunn.com<br>tloose@gibsondunn.com<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br>MARK A. KIRSCH<br>LADAN F. STEWART<br>DIANA M. FEINSTEIN<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>E-mail: mkirsch@gibsondunn.com<br>lstewart@gibsondunn.com<br>dfeinstein@gibsondunn.com<br><br>*Attorneys for The Bank of New York Mellon Corporation; The Bank of New York Mellon* |
| DATED: December 23, 2010 | **THEODORA ORINGHER MILLER & RICHMAN PC**<br><br>/s/ Jason L. Haas<br>JASON L. HAAS<br><br>TODD C. THEODORA<br>JASON L. HAAS<br>535 Anton Boulevard, Ninth Floor<br>Costa Mesa, California 92626-7109<br>Telephone: (714) 549-6200<br>Facsimile: (714) 549-6201<br>ttheodora@tocounsel.com<br>jhaas@tocounsel.com |

Gibson, Dunn & Crutcher LLP

829134.3/81002.05003         4         10-cv-06561 DOC (RNBx)
*STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2010 | **GREENSPOON MARDER, P.A.** |

/s/ Richard W. Epstein
RICHARD WAYNE EPSTEIN

WILLIAM BERGER
RICHARD WAYNE EPSTEIN
HAAS A. HATIC
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
William.Berger@gmlaw.com
Richard.Epstein@gmlaw.com
Haas.Hatic@gmlaw.com
Telephone: (954) 491-1120
Facsimile: (954) 771-9264

*Attorneys for Abbate Plaintiffs*

DATED: December 23, 2010    **MUNGER, TOLLES & OLSON LLP**

/s/ Randall Sommer
RANDALL SOMMER

LAWRENCE C. BARTH
RANDALL SOMMER
MATTHEW MACDONALD
355 S Grand Ave, 35th Fl
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
lawrence.barth@mto.com
randall.sommer@mto.com
matthew.macdonald@mto.com

*Attorneys for Defendant Wells Fargo Bank, National Association*

Gibson, Dunn & Crutcher LLP

829134.3/81002.05003       5       10-cv-06561 DOC (RNBx)
STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL

# PROOF OF SERVICE

I certify that on the 23rd day of December, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel who have provided email addresses.

I served the document(s) described as **STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL PROTECTION OF CONFIDENTIAL MATERIAL** on the interested parties in this action, who did not provide an email address, by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Lawrence C. Barth
Munger Tolles & Olson
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

Marc T.G. Dworsky
Munger Tolles & Olson
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

Rachel Lavery
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

**BY MAIL:** I am "readily familiar" with Theodora Oringher Miller & Richman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

_/s/ Joan Warden_
Joan Warden

827426.1/81002.05003